**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*September 11, 2024*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. |
| V. | § § | **4:24-cr-483** |
| WILLIAM ANTHONEY GOOCH | § | |

### CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Stalking)**

From on or about July 15, 2022, through on or about July 14, 2024, in the Southern District of Texas and elsewhere,

**WILLIAM ANTHONEY GOOCH,**

the defendant, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, did use the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, to wit: the defendant used interstate facilities, namely the mail and the Internet, to disseminate harassing, intimidating and threatening messages to Victim 1, causing and attempting to cause substantial emotional distress to Victim 1.

**All in violation of Title 18, United States Code, Sections 2261A(2)(B).**

A True Bill:

*Original Signature on File*
_____
Grand Jury Foreperson

Page **1** of **2**

ALAMDAR S. HAMDANI
United States Attorney

By: *Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465